

FILED 2007 FEB 28 PM 3: 50

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR **07-00138** |
| --- | --- |
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) [21 U.S.C. §§ 331(c), 333(a)(1), and 352(f): Receipt in Interstate Commerce of Misbranded Drug and Delivery Thereof] |
| ADRIEN AIACHE, | |
| Defendant. | |

The United States Attorney alleges:

[21 U.S.C. §§ 331(c), 333(a)(1), 352(f)]

From on or about September 3, 2003 and continuing until on or about October 25, 2004, in Los Angeles County, within the Central District of California, defendant ADRIEN AIACHE ("defendant") did receive in interstate commerce a drug, within the meaning of Title 21, United States Code, Section 321(g), while such drug was misbranded, as defined in Title 21, United States Code, Section 352(f), and delivered it, and proffered it for delivery, for pay and otherwise. Specifically, defendant placed sixteen orders for a total of thirty-four vials of Botulinum Toxin Type A (hereinafter referred to as "TRI-Tox")

from Toxin Research International ("TRI") located in Tucson, Arizona, and subsequently administered the TRI-Tox on other persons for the treatment of facial wrinkles. TRI-Tox, which bore warnings that it was not for human use and did not bear any directions for human use, was misbranded pursuant to Title 21, United States Code, Section 352(f), in that it lacked adequate directions for use. Between on or about September 3, 2003 and continuing until on or about October 25, 2004, defendant delivered and proffered for delivery the Tri-TOX when he administered it to other persons, all in violation of 21 U.S.C. §§ 331(c), 333(a)(1), and 352(f).

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


JANET C. HUDSON
Assistant United States Attorney
Organized Crime & Terrorism
Section