# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED 2007 FEB 28 PM 3:50

Case Number __07-00138__     Defendant Number __1__
U.S.A. v. __Adrien Aiache__     Year of Birth __1928__
☐ Indictment    ☑ Information    Investigative agency (FBI, DEA, etc.) __Food & Drug Administration__

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:  ☐ Petty Offense
   ☑ Misdemeanor  ☐ Minor Offense  ☐ Felony
b. Date of offense __Sept. 2003-October 2004__
c. County in which first offense occurred
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles     ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____

Citation of offense __21 U.S.C. 331(c), 333(a)(1)__

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
IF YES Case Number __N/A__

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __N/A__

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: __N/A__
Case Number __N/A__
Charging __N/A__

The complaint:  ☐ is still pending
☐ was dismissed on: __N/A__

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2** BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

This is the __N/A__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
__N/A__
Case Number __N/A__

The superseded case:
☐ is still pending before Judge/Magistrate Judge
__N/A__
☐ was previously dismissed on __N/A__

Are there 8 or more defendants in the superseding case?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes     ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED **2** BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes  ☑ No
IF YES, list language and/or dialect:
__N/A__

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☑ Male
- ☐ Female
- ☑ U.S. Citizen
- ☐ Alien

Alias Name(s) N/A

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☑ Other: FDA violation

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☑ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district: N/A
f. ☑ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☑ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20  ____ 21  ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: N/A

Date February 28, 2007

Signature of Assistant U.S. Attorney

Janet C. Hudson
*Print Name*